UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEREMY PETERSON, | Civil No. 3:23-cv-06172-MLP |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for child disability benefits and supplemental security income under titles II and XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for a new hearing pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the Administrative Law Judge will give further consideration to the claimant's subjective complaints and the opinion evidence and evaluate them in accordance with the regulations, and further evaluate the residual functional capacity consistent with the updated evaluations of the evidence. The ALJ shall take any necessary action to complete the administrative record and the sequential evaluation, and issue a new decision. Plaintiff shall have the opportunity to submit new evidence.

Upon proper presentation, Plaintiff will be entitled to reasonable attorneys' fees under the Equal Access to Justice Act, 28 U.S.C. §2412 et seq.

DATED this 5th day of June, 2024.

MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

s/ Frederick Fripps
FREDERICK FRIPPS
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
frederick.fripps@ssa.gov